# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## NOTICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 4:24-MJ-00009 |
| | ) | |
| v. | ) | |
| | ) | |
| MAIKEL LUIS DENIS, | ) | |
| Defendant | ) | (ARBUCKLE, M.J.) |
| | ) | |

Type of Case:

( ) Civil        (**X**) Criminal

(xx) TAKE NOTICE that the proceeding in this case has been **SCHEDULED** for the place, date and time set forth below:

| | |
|---|---|
| U.S. Courthouse | COURTROOM No. 3 |
| Federal Building | 3rd Floor |
| 240 West Third Street | **February 7, 2024** |
| Williamsport, PA 17701 | Time: **3:00 p.m.** |

TYPE OF PROCEEDING:   **Initial Appearance – Rule 40**
   *(Interpreter confirmed)*

Peter J. Welsh, Clerk of Court
*s/Christine A. Williamson*
Christine A. Williamson, Deputy Clerk

DATED:  February 5, 2024

To:   U.S. Attorney's Office
      Defendant
      U.S. Marshal
      Pretrial / Probation
      File